```
                                                          FILED
                                                 CLERK, U.S. DISTRICT COURT

                                                      JAN 2 0 2010

                                                 CENTRAL DISTRICT OF C...
                                                 BY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA C. HARDY, ) | NO. CV 08-2379 FMO |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees and costs in the amount of Six-Thousand, One-Hundred and Twenty dollars and forty-six cents (**$6,120.46**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 20 day of January, 2010.

_____
Fernando M. Olguin
United States Magistrate Judge