1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11 | DANA C. HARDY,                                                    )    NO. CV 08-2379 FMO
                                                                          )
12 |               Plaintiff,                                         )
                                                                          )
13 |        v.                                                        )    **JUDGMENT**
                                                                          )
14 | MICHAEL J. ASTRUE,                                          )
     COMMISSIONER OF SOCIAL                                  )
15 | SECURITY ADMINISTRATION,                            )
                                                                          )
16 |               Defendant.                                       )
                                                                          )
17 | _____  )

18 |     **IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eight

19 | Thousand and Three Hundred and Thirty Four dollars ($8,334.00), pursuant to 42 U.S.C. § 406(b).

20 | In light of the previous payment of EAJA fees, Rebecca C. Padilla shall reimburse plaintiff the

21 | amount of Six Thousand and One Hundred and Twenty dollars and forty six cents ($6,120.46).

22 | Dated this 6th day of September, 2012.

23

24 |                                                              /s/
                                                    _____
25 |                                                       Fernando M. Olguin
                                                    United States Magistrate Judge

26

27

28