# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA C. HARDY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | NO. CV 08-2379 FMO<br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eight Thousand and Three Hundred and Thirty Four dollars ($8,334.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Rebecca C. Padilla shall reimburse plaintiff the amount of Six Thousand and One Hundred and Twenty dollars and forty six cents ($6,120.46). Dated this 6th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States Magistrate Judge